**No. 53179.**—The Otto Gerdau Co. et al. *v.* United States, protests 124657–K, etc. (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspectors as manifested, not found, were not in fact received by the importers.   In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspectors as "manifested, not found," is subject to an allowance in duties.   The protests were sustained to this extent.

**No. 53180.**—Kwong Shing Lung Co. et al. *v.* United States, protests 607498–G, etc. (San Francisco and Seattle).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53181.**—Fung Chong & Co. et al. *v.* United States, protests 806773–G, etc. (San Francisco).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53182.**—L. L. Littlejohn et al. *v.* United States, protests 969734–G, etc. (San Francisco).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 25, 1949

**No. 53183.**—Goldberg & Seltzer, Inc., et al. *v.* United States, protests 109975–K, etc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal bags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

**No. 53184.**—The M. O'Neil Company et al. *v.* United States, protests 766243–G, etc. (Cleveland and Philadelphia).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.